

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00228-CV

PlainsCapital Bank and Albert Chapa
v.
Andy Hernandez

On Appeal from the
229th District Court of Starr County, Texas
Trial Cause No. DC-17-712

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

July 18, 2019